```
 1  MARISSA R. TEMPLE
    Nevada Bar No. 9028
 2  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
    700 South Third Street
 3  Las Vegas, Nevada 89101
    Phone (702) 383-3400
 4  Fax (702) 384-1460
    Email: mtemple@rmcmlaw.com
 5  Attorney for Defendant
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CAROLE MENDOZA, an individual; | ) | CASE NO.: |
| | ) | 2:20-cv-00855-JCM-VCF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ACUITY, A MUTUAL INSURANCE COMPANY, a foreign corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive; | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto through their respective counsel of record, that the above-entitled matter be dismissed, with prejudice, all parties to bear their own costs and attorney's fees.

Trial has not been set and no motions are pending.

DATED this 2v day of Aug, 2021.          DATED this 22 day of July, 2021.

ROGERS, MASTRANGELO, CARVALHO          MAZZEO LAW, LLC
& MITCHELL

_____          _____
Marissa R. Temple, Esq.                  Peter A. Mazzeo, Esq.
Nevada Bar No.: 9028                     Nevada Bar No.: 9387
700 South Third Street                   631 South 10th Street
Las Vegas, Nevada 89101                  Las Vegas, Nevada 89101
*Attorneys for Defendant*                *Attorneys for Plaintiff*

<u>Carole Mendoza v. Acuity, A Mutual Insurance Company</u>
Case No.: 2:20-cv-00855-JCM-VCF
Stipulation and Order

### ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the foregoing Stipulation by the parties and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED and DECREED that the above-entitled action be, and the same hereby is dismissed with prejudice, each party to bear its own costs and attorney's fees incurred.

DATED August 11, 2021.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

ROGERS, MASTRANGELO, CARVALHO
& MITCHELL

_____
Marissa R. Temple, Esq.
Nevada Bar No.: 9028
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*